IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIKKA MOMMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  3:11cv196-MEF |
| | ) | (WO) |
| USABLE LIFE, | ) | |
| | ) | |
| Defendant. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 17, 2011, this case was removed to this court from the Circuit Court of Macon County.  The plaintiff was represented by counsel.  On May 18, 2011, the court entered an order directing counsel to file (1) an amended complaint or (2) a motion to dismiss.  The court further directed that in the event counsel for plaintiff is unable to locate his client before May 31, 2011, he shall instead file a motion to withdraw which must contain all known contact information for the plaintiff..  (Doc. # 15).  On June 1, 2011, plaintiff's counsel moved to withdraw.  (Doc. # 16).  On June 7, 2011, the court granted counsel's motion to withdraw and referred this matter to the undersigned United States Magistrate Judge for all pretrial proceedings.

Orders mailed to the plaintiff have been returned to the court because the plaintiff was no longer at the address she had provided to the court.  On July 1, 2011, the court entered an order requiring the plaintiff to show cause why this case should not be dismissed for abandonment of her claims, failure to prosecute this action and failure to comply with the

orders of the court.  (Doc. # 20).  The court specifically cautioned the plaintiff that failure to file a response in compliance with the directives of this order would result in a Recommendation "that this case be dismissed." *Id*.

The plaintiff has failed to file a response to the order entered on July 1, 2011. Consequently, the court concludes that the plaintiff's abandonment of her claims, her failure to comply with the orders of this court and her failure to prosecute this cause of action warrant dismissal of this case.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for the plaintiff's abandonment of her claims, her failure to comply with the orders of this court and her failure to prosecute this action.  It is further

ORDERED that on or before **August 8, 2011**, the parties may file objections to the Recommendation.   Any objection must specifically identify the findings in the Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds*

*Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d

1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth

Circuit issued prior to September 30, 1981.

      Done this 25th day of July, 2011.


              /s/Charles S. Coody
            CHARLES S. COODY
            UNITED STATES MAGISTRATE JUDGE