IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIKKA MOMMON,           ) | |
| )                         | |
| Plaintiff,              ) | |
| )                         | |
| v.                      ) | CIVIL ACT. NO.  3:11cv196-MEF |
| )                         | |
| USABLE LIFE,            ) | |
| )                         | |
| Defendant.              ) | |

**<u>ORDER</u>**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 25, 2011, (doc. # 21), that this case be dismissed without prejudice for the plaintiff's abandonment of her claims, failure to comply with the orders of this court and failure to properly prosecute this cause of action.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 10th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE